UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-22534-CIV-LENARD/WHITE

**MACKENDY STRACHAN**,

       Plaintiff,

vs.

**STATE ATTORNEY'S OFFICE and
VANESSA LAMBERT**,

       Defendants.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (D.E. 4); DISMISSING COMPLAINT (D.E. 1); AND CLOSING CASE

**THIS CAUSE** is before the Court on the Report and Recommendation of the Magistrate Judge ("Report," D.E. 4), issued on September 24, 2008. In his Report, Magistrate Judge White, recommended that this Court dismiss Plaintiff Mackendy Strachan's Complaint (D.E. 1), filed on September 12, 2008, for failure to state a claim upon which relief may be granted. Pursuant to 42 U.S.C. § 1983, Plaintiff seeks monetary damages against the State Attorney's Office for fraudulently increasing his sentence resulting from a guilty plea for criminal mischief, and monetary damages against his assistant public defender for inadequate assistance of counsel. The Magistrate Judge found that both Defendants are immune from § 1983 suits for damages.

On or about October 6, 2008, Plaintiff filed three sets of Objections to the

Magistrate's Report ("Objections," D.E. 5, 6, 7). The gravamen of Plaintiff's Objections is that he wishes to amend his Complaint to drop his claims against the State Attorney's Office and the assistant public defender. Instead, he wishes to assert claims against the State of Florida.

Plaintiff's Objections and his proposed amendment to his Complaint does not solve his Complaint's deficiencies. "A state, a state agency, and a state official sued in his official capacity are not 'persons' within the meaning of § 1983, thus damages are unavailable." Edwards v. Wallace Community College, 49 F.3d 1517, 1524 (11th Cir. 1995). As such, his Complaint still fails to state claim upon which relief may be granted.

Accordingly, the Court, having reviewed the Report, the Objections, and the record de novo, finds that it is hereby:

**ORDERED AND ADJUDGED** that:

1. The Report of Magistrate Judge Patrick A. White (D.E. 4), issued on September 24, 2008, is **ADOPTED**.

2. Plaintiff's Complaint (D.E. 1), filed on September 12, 2008, is **DISMISSED WITH PREJUDICE**.

3. This case is **CLOSED.**

4. All pending motions not otherwise ruled upon are hereby **DENIED as moot.**

**DONE AND ORDERED** in Chambers at Miami, Florida this 21st day of October, 2008.

                                                                            _____
                                                                            **JOAN A. LENARD**
                                                                            **UNITED STATES DISTRICT JUDGE**